# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRICON ENTERPRISES, INC., <br><br> Petitioner, <br> v. <br><br> NEW JERSEY BUILDING CONSTRUCTION LABORERS STATEWIDE BENEFIT FUNDS, <br><br> Respondent. | Civil Action No. 17-cv-02168-(CCC-JBC) <br><br> Honorable Judge Claire C. Cecchi <br> Honorable Magistrate Judge James B. Clark |

### REPLY TO CROSS-MOTION IN SUPPORT OF THE VERIFIED PETITION TO VACATE AN ARBITRATION AWARD OR, IN THE ALTERNATIVE, FOR A PLENARY HEARING ON BEHALF OF PETITIONER TRICON ENTERPRISES, INC.

Petitioner Tricon Enterprises, Inc. (hereinafter "Tricon" or "Petitioner") files this Reply in Support of the Verified Petition to Vacate an Arbitration Award or, in the Alternative, for a Plenary Hearing on Behalf of Petitioner:

1. Affidavit of Denise Petrizzo
2. Affidavit or Ronald L. Tobia, Esq.
3. Proposed form of Order
4. Original Brief filed with Petition to Vacate Arbitration Award

Petitioner Tricon seeks an Order to enforce the Subpoenas to depose Al Castagna, Edison Severino and Radek Korek, or in the alternative, conduct a plenary hearing on the issue of substantive arbitrability. Petitioner Tricon further seeks to adjourn the return date of the within matter which is currently scheduled for Monday, June 5, 2017.

Ronald L. Tobia, Esq. (RT-9775)<br>
TOBIA & SORGER ESQS., LLC<br>
500 Supor Blvd.<br>
Harrison, NJ 07029<br>
973-746-6000<br>
RTobia@tobiasorger.com<br>
Attorneys for Petitioner Tricon Enterprises

BY:     /s/ Ronald L. Tobia, Esq.
        RONALD L. TOBIA

DATED: June 1, 2017