

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

A New Jersey Limited Liability Company

www.krollfirm.com

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. ▶
Michael T. Carton ■
Bradley M. Parsons
Seth Ptasiewicz ▶
Jennifer Chang ▲
Amy E. Spekhardt ▲

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

February 7, 2018

**VIA ELECTRONIC FILING**
Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    **Tricon Enterprises, Inc. v. New Jersey Building Laborers' Statewide Benefit Funds, et al.**
            **Civil Action No.: 17-cv-2168**

Dear Judge Cecchi:

    This office is counsel to Respondent/Cross-Petitioner New Jersey Building Laborers' Statewide Benefit Funds and the Trustees thereof ("Respondent/Cross-Petitioner") in connection with the above-referenced matter. As per my conversation with chambers today, enclosed please find a copy of the CBA between the New Jersey Building Laborers' District Council and the Building, Site and General Construction Contractors and Employers ("Local 3 CBA"), which was mistakenly omitted during efiling from the May 12, 2017 Certification of Bradley M. Parsons, Esq. (ECF No. 10).

    Should Your Honor have any questions, please do not hesitate to contact the undersigned at (732) 491-2100. I thank Your Honor for your courtesies in this matter.

                              Respectfully submitted,

                              */s/ Jennifer Chang*

                              JENNIFER CHANG

JC:jc
Enclosure

cc:    NJBLSBF (via email)
        Ronald Tobia, Esq. (via ECF)