**Chiesa Shahinian & Giantomasi** PC

RONALD L. TOBIA
One Boland Drive
West Orange, NJ 07052
973.530.2044
Fax: 973.530.2244
rtobia@csglaw.com

csglaw.com

February 8, 2018

***VIA ELECTRONIC FILING***
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersy
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **Tricon Enterprises, Inc. v. New Jersey Building Laborers' Statewide Benefit Funds, et al.**
**Civil Action No.: 2:17-cv-02168**

Dear Judge Cecchi:

This firm represents Petitioner/Cross-Respondent Tricon Enterprises, Inc. in connection with the above-referenced matter. We are in receipt of the correspondence from counsel for the New Jersey Building Laborers' Statewide Benefit Funds filed yesterday with the court, which purported to attach a copy of the CBA between the New Jersey Building Laborers' District Council and the Building, Site and General Construction Contractors and Employers as a supplement to a certification previously filed with the Court.

The CBA document filed yesterday was not signed, and therefore does not represent a valid collective bargaining agreement. Accordingly, the Court should not consider the document or its provisions in connection with its determination on the pending Petition to Vacate Arbitration Award.

Should Your Honor have any questions, please have a member of Your Honor's staff contact the undersigned at (973) 530-2044. Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Ronald L. Tobia*

RONALD L. TOBIA

cc:   Jennifer Chang, Esq.