**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRICON ENTERPRISES, INC., <br><br> Petitioner, <br><br> v. <br><br> NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS, <br><br> Respondent. | Civil Action No.: 2:17-cv-02168 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Petitioner Tricon Enterprises, Inc.'s ("Petitioner") motion to vacate an arbitration award, (ECF No. 1), and Respondent New Jersey Building Laborers' Statewide Benefit Funds' ("Respondent") motion to confirm an arbitration award and cross-motion to dismiss Petitioner's "declaratory complaint." (ECF No. 10). The Court decides this matter without oral argument pursuant to Rule 78(b) of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion:

**IT IS** on this 27 day of February, 2018,

**ORDERED** that Petitioner's motion to vacate an arbitration award, ECF No. 1, is **DENIED**; it is further

**ORDERED** that Respondent's motion to confirm an arbitration award, ECF No. 10, is **GRANTED**; it is further

**ORDERED** that Respondent's cross-motion to dismiss Petitioner's "declaratory complaint," ECF No. 10, is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** the file.

**CLAIRE C. CECCHI, U.S.D.J.**